United States District Court
Southern District of Texas
**ENTERED**
June 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BRENDA L. VALENCIA, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-129 |
| | § | |
| MANAGEMENT AND TRAINING CORPORATION, | § § § | |
| Defendant. | § § | |

## OPINION AND ORDER

Pending before the Court is Plaintiffs Brenda L. Valencia's, individually and on behalf of JAV, Elva Leticia Vega's, individually and on behalf of the estate of Ramon Valencia Morfin, and Claudia Valencia's Opposed Motion for Protective Order (Doc. 15). Having considered the Motion and the applicable law, the Court finds the Motion not well taken. While the Plaintiffs' contend that they cannot enter the United States, they have provided no evidence of attempts to obtain a visa that have proved unsuccessful.

Accordingly, it is:

**ORDERED** that the Opposed Motion for Protective Order (Doc. 15) is **DENIED**. Plaintiffs may file a renewed motion for the Court's consideration if they can demonstrate attempts to obtain a visa that prove unsuccessful.

SIGNED this 13th day of June, 2019.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge